UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMERICAN SALES COMPANY, INC.
and ROCHESTER DRUG CO-OPERATIVE, INC.,

    Plaintiffs,

                                    Case No. 10-12141
v.                                    Hon: AVERN COHN

NOVO NORDISK A/S and
NOVO NORDISK, INC.,

    Defendants.

_____/

## ORDER VACATING
## ORDER APPOINTING COURT EXPERT (DOC. 32)

The Order Appointing Court Expert (Doc. 32) is VACATED.

The suggestion to appoint Professor Stephen Calkins as an independent expert to assist the Court in ruling on defendants' motions to dismiss was followed up by the Court. Professor Calkins declined the appointment. Accordingly, the Court will decide the motions without the assistance of an expert.

SO ORDERED.


Dated: February 1, 2011          S/Avern Cohn
                                          AVERN COHN
                                          UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, February 1, 2011, by electronic and/or ordinary mail.


                                                   S/Julie Owens
                                                 Case Manager, (313) 234-5160